**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: GASTON B MUGNIER            CASE NO. 17-11808; SEC B
                                                         CHAPTER 7

**RESPONSE TO MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes MOBILITY CREDIT UNION F/K/A SOUTHWEST IBM EMPLOYEE FEDERAL CREDIT UNION ("Creditor"), which respectfully responds to the Motion to Dismiss filed by Reich, Album & Plunkett, L.L.C. ("Reich"), as follows:

1.

Creditor is the holder of a secured claim in the above entitled and numbered case by virtue of its holding a note secured by a mortgage affecting certain immoveable property located in COVINGTON, Louisiana. Creditor responds to the Motion to Dismiss filed by Reich, Album & Plunkett, L.L.C. ("Reich"), in support of the Motion seeking to have this case dismissed with an order prohibiting future filings in order for it to foreclose on the said property.

2.

The Debtor in this case has filed three (3) separate bankruptcy proceedings, which are itemized as follows:

| Case No. | Chapter | Date Filed |
|---|---|---|
| (a) 14-10815 | 13 | April 07, 2014 |

Motion for Relief filed July 25, 2014.
Consent order signed on December 22, 2014.

This case dismissed on September 17, 2015 due to the failure to disclose that he had any income tax liability (Schedule E, Doc. 9, pp. 12-13).

Closed on March 16, 2016.

    (b) 16-10598                        7                        March 18, 2016

This case dismissed on April 21, 2016 due to failure to appear at 341 Meeting of Creditors.

Closed on October 19, 2016.

    (c) 17-11808                        7                        July 12, 2017

This is an active case. Debtor has failed to file schedules as of August 16, 2017. The court granted an extension through August 9, 2017.

3.

The Debtor, Gaston B Munier, has repeatedly failed to pay pursuant to the previosuly filed bankruptcies. The Debtor is approximately 2 years and 8 months delinquent on the account with MOBILITY CREDIT UNION F/K/A SOUTHWEST IBM EMPLOYEE FEDERAL CREDIT UNION.

4.

Considering the pattern of serial bankruptcy filings by the Debtor, the filing of the present case is an abuse of the bankruptcy process and a bad faith filing. Such abusive practice constitutes "cause" for dismissing of the case.

5.

For the foregoing reasons, Creditor requests that this case be dismissed with an Order enjoining Debtor from filing any further bankruptcy actions for the next five years given his past, serial bad faith failings.

WHEREFORE, MOVER PRAYS that after all delays have elapsed and proceedings are had, that this Honorable Court enter an Order enjoining Debtor from filing any further bankruptcy filings for the next five years.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: GASTON B MUGNIERCASE NO. 17-11808; SEC B
CHAPTER 7

## CERTIFICATE OF SERVICE

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Response to Motion to Dismiss filed by MOBILITY CREDIT UNION F/K/A SOUTHWEST IBM EMPLOYEE FEDERAL CREDIT UNION ("Creditor"), as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Gaston B Mugnier<br>505 West 5th Street<br>Covington, LA 70433 | Ronald J. Hof<br>Trustee<br>9905 Jefferson Hwy.<br>River Ridge, LA 70123 |
| Renee L. Achee<br>Attorney at Law<br>200 Mariners Blvd, Suite 201<br>Mandeville, LA 70448 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 |

by mailing this notice and a copy of the Response to Motion to Dismiss filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 17th day of August, 2017.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

 /S/ Jason R. Smith
ATTORNEY FOR CREDITOR