UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re<br>GASTON B. MUGNIER<br><br>Debtor(s) | Case No. :17-11808<br><br>Chapter: 7<br><br>Section "B " |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**NOW INTO COURT,** comes Renée L. Achée and Achée Law Firm, L.L.C., who moves this Court to withdraw and erase the name of Renée L. Achée and the firm of Achée Law Firm, L.L.C., as the attorney of record for Debtor, Gaston B. Mugnier, ("Debtor") for the following reasons:

1.

Renée L. Achée and the Achée Law Firm, L.L.C., ("Debtor's Counsel") filed this Chapter 7 on July 12, 2017 as a Emergency filing or a "skeleton" filing to protect Debtor from a lawsuit that was in progress. The balance of the schedules were due to be filed on July 26, 2017. Debtor is self employed and needed the time to get profit and loss statements to show his income and to complete his data packet and his tax returns. The 341(a) creditors meeting was scheduled for August 17, 2017. Debtor has problems getting in touch with his accountant as she only works part time at this time of year. After discussion with the Debtor, Debtor's counsel, filed a Motion to Expand the time to file the remaining schedules on July 26, 2017 and an Order on that Motion was granted on August 1, 2017 which enlarged the time to file until August 9, 2017.

2.

On or about August 7, 2017 Debtor's counsel became aware of a conflict she would have with the Creditor's meeting date, and she had not received the information requested and needed from the Debtor to complete his schedules yet, and she sent the Chapter 7 Trustee a Motion to continue the 341(a) meeting which was granted and the meeting was continued until August 31, 2017 at 1:00 PM. Debtor's counsel let the Debtor know the new date and time and served all of the creditors with the request showing the new date and time on August 9, 2017. Since Debtor had not gotten the rest of the information needed to complete the schedules in by that date, and since the meeting had been continued to August 31, 2017, on August 9, 2017 Debtor's counsel filed a Second Motion to Expand the time to file until August 18, 2017.

3.

Debtor's counsel has had continuous problems in communicating with the Debtor. He did not promptly return phone calls and has missed several scheduled appointments. At this time the Debtor's schedules completion should have been done by Friday August 18, 2017 as was relayed to Debtor, but the data packet has not been returned nor has Debtor's counsel received the income information needed and the tax returns. To further complicate the matter, one of Debtor's creditors has filed a Motion to Dismiss which is set for August 30, 2017, and Debtor's mortgage company has filed a lift of stay also set for August 30, 2017. Debtor's counsel has discussed these matters and advised Debtor, that one of the things needed to overcome the Motion to Dismiss was to get the schedules completed and filed by Friday and to file a Response by Tuesday August 22, 2017. Debtor was advised that if we did not file the response by that date, the Court could grant the Motion with out a hearing. As to the Motion to Lift Stay, there are a number of issues there and Debtor was advised to get a Broker's Opinion as he asserted that the Brokers Opinion by the Mortgage Company was greatly overstated. Debtor advised last

week that the broker's opinion was in the works and he should have it soon, again I advised the Response had to be filed by Tuesday August 22, 2017 or the Court could grant the Motion without a hearing. Debtor's counsel has left messages with Debtor but as of Saturday August 19, 2017, Debtor has not called in or dropped off any information and therefore Debtor's counsel does not have the information needed to file responses to the Motions. Debtor's Counsel has appointments on Monday August 21 and will be in Court on Tuesday August 22, 2017.

4.

On August 19, 2017, Renée L. Achée and the Achée Law Firm, LLC wrote a letter to Debtor attached as Exhibit A advising Debtor that she would be withdrawing from the case and included a copy of this Motion. The letter reminded him of the upcoming Court dates and the fact that his case is about to be dismissed for not completing his schedules and well as the Motion to Dismiss by one of his creditors.

5.

All future notices should be sent to Debtor at his last known address.

**WHEREFORE,** Renée L. Achée and the law firm of Achée Law Firm, L.L.C. , pray that this Motion to Withdraw as Attorney of Record for Debtor, Gaston B. Mugnier, be granted.

Respectfully Submitted,

/s/ Renée L. Achée
Renée L. Achée, (La Bar# 2300)
Achée Law Firm, L.L.C.
200 Mariners Plaza Dr, Suite 201
Mandeville LA 70448
Telephone: (985) 674-0033
Fax　　　(985) 674-0299
Email: rlaw641@aol.com