**ACHÉE LAW FIRM, L.L.C.**
*200 MARINERS PLAZA DR, SUITE 201*
*MANDEVILLE, LOUISIANA 70448*
*TELEPHONE: (985) 674-0033*
*TELECOPIER: (985) 674-0299*

August 20, 2017

Gaston B. Mugnier
505 West 5th Ave
Covington, LA 70433

via US Mail and
Certified Mail Return Receipt Requested
No. <u>7013 1710 0001 8783 6799</u>

RE: USBC EDLA No 17-11808 Ch 7

Dear Mr. Mugnier:

    I am enclosing the Motion to Withdraw as Attorney of Record, that I am filing into the record. I went into the office today to see if by some chance you had dropped off the information, but it was not here, and there were no messages from you. The last time I spoke with you last Tuesday, you were to check in with me on Wednesday and give me a status update and you had said that the taxes and Profit & Loss would be ready by Thursday. We also discussed that although you had brought the data packet back on your last visit, with all if what we went through, it apparently ended up with your documents and you were going to put it in my mail slot Tuesday night or Wednesday. We also discussed that your second extension was for Friday, August 18, 2017 and that it was essential to get me the information so that I could finish your schedules by Friday at the latest. I have filed two extensions and rescheduled your creditors meeting from August 17, 2017 to August 31, 2017. Your case was filed July 12, 2017 as an emergency filing to stop a lawsuit in civil court and at the time we discussed that we only had about 14 days to complete the schedules.

    As you are also aware, the law firm of Reich, Album, And Plunkett, one of your creditors has filed a Motion to Dismiss for abuse. I reviewed the Motion and have pulled all the cases that they cited and as I discussed with you I felt like we had a very good chance of overcoming it, but one of the key things was to get the schedules completed and the information the Chapter 7 trustee needed, filed so that we could show that we were ready to proceed with the creditor's meeting and complete the case. I advised you that it was set for August 30, 2017, which meant I had to file a response by Tuesday August 22, 2017 or the Court could grant their Motion with out a hearing. I also tried to impress upon you that I needed to get it done by the weekend as I would not have time on Monday and Tuesday as my schedule was already full for those days.

    We also discussed the Lift of Stay filed by your Mortgage Company and the fact that they had a Broker's Opinion for $400,000.00 which you advised was extremely high due to the damages that

you house sustained over a year ago. We also discussed that you had a dispute with your mortgage company over the insurance proceeds which would tend to make the Lift of Stay premature. However, I advised that I needed you to get a Brokers Price Opinion showing the difference and a copy of the insurance check that you are holding. Although you gave me digital copies of a lot of documents, I don't have a copy of the check and although you advised you had spoken with the Broker, and the opinion was in the works, again I still don't have it and unfortunately we have run out of time. Without the information, again I can't file an adequate response to the lift of stay and if a response is .not timely filed, the Court can dismiss it without a hearing. I have stayed late on a number of occasions and come on weekends to work on this case and to look for information you were supposed to bring.

  At this time in all probability, your case will be dismissed. Even without the Motion to Dismiss, since the schedules were not completed and filed your case can be dismissed.

Yours very truly,

Renée L. Achée

enclosures

EXHIBIT A