Chex Systems Inc
Attn:  Consumer Relations
7805 Hudson Road
Ste 100
Saint Paul MN 55125

CKRPV Holdings LLC
222 N Vermont St
Covington LA 70433

Colonial Savings & Loan
Attn Bankruptcy
2626 W Freeway Bldg B
Fort Worth TX 76102

Experian
Business Info Services
Costa Mesa CA 92626

IC Systems
444 Highway 96 East
Saint Paul MN 55127-2557

Internal Revenue Service
Centralalized Insovency Operations
PO Box 7346
Philadelphia PA 19101-7346

Louisiana Department of Revenue
PO Box66658
Baton Rouge LA 70896

Noah Flom
1047 Ocean Ave
Seal Beach CA 90740

Strn Cr Recovery
3228 6th St
Metairie LA 70002

Telerecovery
3800 Florida Blvd
Suite 100
Kenner LA 70065

Transfinancial Companies
PO Box 80103
Baton Rouge LA 70898

Your Community Credit
PO Box 630428
Irving TX 75063

Exhibit A