Form oclsdsm7

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Louisiana

In re

    Gaston B Mugnier

Case No.: 17–11808

Chapter: 7

Debtor(s)

### ORDER DISCHARGING TRUSTEE AND CLOSING CASE

The Voluntary Petition having been dismissed,

**IT IS ORDERED**:

1. The Trustee is discharged as trustee of the estate and his/her bond is cancelled.
2. The case is closed.

Dated: 10/10/17

*J. A. Brown*

UNITED STATES BANKRUPTCY JUDGE